UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA and<br>FEDERAL BUREAU OF PRISONS,<br><br>　　　　Defendants. | Case No. 17-cv-714-JPG-GCS |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 26) of Magistrate Judge Donald G. Wilkerson recommending that the Court grant the motion to dismiss filed by defendant United States of America (Doc. 22) and dismiss plaintiff Robert Johnson's Federal Tort Claims Act claim with prejudice.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court:

- **ADOPTS** the Report in its entirety (Doc. 26);
- **GRANTS** the motion to dismiss filed by defendant United States (Doc. 22);
- **DISMISSES** this case **with prejudice**; and
- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: February 15, 2019**

　　　　　　　　　　　　　　　　s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　**DISTRICT JUDGE**