UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and<br>FEDERAL BUREAU OF PRISONS,<br><br>  Defendants. | Case No. 17-cv-714-JPG-GCS |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:  February 15, 2019**

　　　　　　　　　　　　　　　　　　**MARGARET M. ROBERTIE, Clerk of Court**

　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**


**Approved:**　s/ J. Phil Gilbert
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**